**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Diego Zamora, S.A. and Bodegas Ramon
Bilbao, S.A.,

                Petitioners,                24 **CIVIL** 7303

    -v-                             **JUDGMENT**

W.J. Deutsch & Sons Ltd. d/b/a Deutsch Family
Wine & Spirits,

                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 23, 2024, the Final Award, dated May 9, 2024, is confirmed, with each party to bear its own costs and expenses.

**Dated:**  New York, New York
          October 24, 2024

                                                      **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                           **BY:**    *K. Mango*

                                                       **Deputy Clerk**